# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JODI SCHILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:21-cv-00306-NT |
| | ) |
| CHRISTOPHER FERNELD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 21, 2021, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, his Recommended Decision on his preliminary review of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (ECF No. 7). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive her right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 7th day of December, 2021.